# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2762

| | | |
|---|---|---|
| Richard Thomas Rose, also known as Esortr, | * | |
| Petitioner, | * | On application for Permission to file a Successive Habeas Petition |
| vs. | * | |
| United States of America, | * | CR 01-128 DWF/ESS |
| Respondent. | * | |

Before MURPHY, RILEY, and SMITH, Circuit Judges.

**JUDGMENT**

The petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

(5544-010199)

November 5, 2004

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
NOV 12 2004
U.S. DISTRICT COURT ST. PAUL