CR 01-128 DWF/ESS

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
JUL 15 2005
CLERK, US DIST. COURT
ST. PAUL, MN

No. 05-1427

| | | |
|---|---|---|
| Richard Thomas Rose, also known as Esortr, | * | |
| Petitioner, | * | On application for Permission to file a Successive Habeas Petition |
| v. | * | |
| United States of America, | * | |
| Respondent. | * | |

Before MURPHY, RILEY, and SMITH, Circuit Judges.

**JUDGMENT**

Petitioner Rose's petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

(5544-010199)

July 13, 2005

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
JUL 15 2005
U.S. DISTRICT COURT ST. PAUL

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans